

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2015

No. 04-14-00887-CR

Ricky Allenwentzel **CALBAT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR14-049
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

This Court has received the Supplemental Clerk's Record and Reporter's Record. The appeal is reinstated. Appellant's brief is due 30 days from the date of this order.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court